On appellant's petition for reconsideration filed June 9, reconsideration allowed; former opinion (193 Or App 484, 93 P3d 845) withdrawn; conviction affirmed; sentence vacated; remanded for resentencing December 29, 2004

## STATE OF OREGON,
*Respondent,*

*v.*

## TODD DANIEL DAVILLA,
*Appellant.*

CR92-0004; A119250

103 P3d 671

Andy Simrin for petition.

Before Edmonds, Presiding Judge, and Schuman, Judge, and Leeson, Judge pro tempore.

PER CURIAM

Reconsideration allowed; former opinion withdrawn; conviction affirmed; sentence vacated; remanded for resentencing. *State v. Gornick*, 196 Or App 397, 102 P3d 734 (2004).